## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

JAMES BLOUNT, individually and on behalf of the class defined herein, v.
MIDLAND CREDIT MANAGEMENT, INC.; MIDLAND FUNDING NCC-2 CORPORATION; and ENCORE CAPITAL GROUP, INC.

Case Number:

FILED: APRIL 24, 2008
08CV2331          AEE
JUDGE ASPEN
MAGISTRATE JUDGE KEYS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | |
|---|---|
| **NAME** (Type or print)<br> Cassandra P. Miller | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br> s/  Cassandra P. Miller | |
| **FIRM**<br> Edelman, Combs, Latturner & Goodwin, LLC | |
| **STREET ADDRESS**<br> 120 S. LaSalle Street, Suite 1800 | |
| **CITY/STATE/ZIP**<br> Chicago, IL 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br> 6290238 | **TELEPHONE NUMBER**<br> 312-739-4200 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐