### *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08cv2331                    Assigned/Issued By: j. n.

Judge Name: ASPEN                        Designated Magistrate Judge: KEYS

---

### FEE INFORMATION

**Amount Due:**  [✓] $350.00    [ ] $39.00    [ ] $5.00

[ ] IFP    [ ] No Fee    [ ] Other _____

[ ] $455.00

Number of Service Copies _____         Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____              Receipt #: 2722476_____

Date Payment Rec'd: 4-24-08_____         Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                                  [ ] Alias Summons

[ ] Third Party Summons                      [ ] Lis Pendens

[ ] Non Wage Garnishment Summons             [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons       _____
                                             _____
[ ] Citation to Discover Assets              *(Victim, Against and $ Amount)*

[ ] Writ _____          [ ] Other
      *(Type of Writ)*                _____
                                             _____
                                             *(Type of issuance)*

3_____ Original and 0_____ copies on 4-24-08_____ as to ALL DEFENDANTS_____
                                     *(Date)*

_____

_____