**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES BLOUNT, individually and on behalf of the class defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 08 C 2331 |
| vs. | ) ) ) | Judge Aspen Magistrate Judge Keys |
| MIDLAND CREDIT MANAGEMENT, INC.; MIDLAND FUNDING NCC-2 CORPORATION; and ENCORE CAPITAL GROUP, INC., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** See attached service list.

    **PLEASE TAKE NOTICE** that on Thursday, May 15, 2008 at 10:30 a.m., we will appear before Judge Marvin E. Aspen in Room 2568 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604, and there present: **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**, a copy of which has been filed electronically and is hereby served upon you.

                                                                s/ Daniel A. Edelman
                                                                 Daniel A. Edelman

Daniel Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Daniel A. Edelman, hereby certify that on May 12, 2008, the foregoing document was filed electronically using the Court's CM/ECF system.  A copy of the foregoing document was served via Certified Mail on the following:

MIDLAND CREDIT MANAGEMENT, INC.
c/o Illinois Corporation Service Co., Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

MIDLAND FUNDING NCC-2 CORPORATION
c/o Corporation Service Company, Registered Agent
2711 Centerville Road
Suite 400
Wilmington, DE  19808

ENCORE CAPITAL GROUP, INC.
c/o 8875 Aero Drive
Suite 200
San Diego, CA 92123

                                              s/ Daniel A. Edelman
                                              Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)