UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

James Blount
                            Plaintiff,

v.                                            Case No.: 1:08−cv−02331
                                                  Honorable Marvin E. Aspen

Midland Credit Management, Inc., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 19, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 5/19/08: The 5/20/08 hearing date regarding Plaintiffs' motion to certify class (10) is stricken. New date to follow.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.