AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JAMES BLOUNT, individually and on behalf of
the class defined herein, Plaintiff,

CASE NUMBER: **08CV2331**

V.

ASSIGNED JUDGE: **JUDGE ASPEN**

MIDLAND CREDIT MANAGEMENT, INC.;
MIDLAND FUNDING NCC-2 CORPORATION;
and ENCORE CAPITAL GROUP, INC., Defendants.

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

MIDLAND CREDIT MANAGEMENT, INC.
c/o Illinois Corporation Service Co., Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*/s/ Anya Ellis/*

(By) DEPUTY CLERK

April 24, 2008

Date

**Courthouse Courier**
Private Process Service
A division of Bill Clutter Investigations, Inc.
IL Private Detective Agency Lic. #117-001206

Caption: Blount v. Midland Credit Management, Inc.
Case #: 08-CV-2331 (N.D. Ill.)

# AFFIDAVIT OF SERVICE

I, **Robert H. Oney, Jr.**, being first duly sworn on oath, states that I am over 18 years of age and not a party to this suit, and am a registered employee of **Bill Clutter Investigations, Inc.**, a private detective agency [Lic. #117-001206] under the Private Detective and Security Act of 1993.

That I made service of process by delivering:

- [X] Summons and Complaint
- [ ] Subpoena
- [ ] Notice of Hearing
- [ ] Rule to Show Cause
- [ ] Citation to Discover Assets
- [ ] Forcible Entry and Detainer
- [X] Other: Notification of Docket Entry

DATE AND TIME OF SERVICE: 5/5/ 2008 2:45 am/**pm**

LOCATION/ADDRESS DELIVERED: 201 Adlai Stevenson Dr. Spfld., IL 62703

That I personally handed the above-described documents to:
Holly Blankenship - I.C.S.C.

PHYSICAL DESCRIPTION:
Ht. 5'6"  Wt. 140#
Race W  Age 30s
Male ___  Female X

That I made the following type of service:

- [ ] Personal service on the defendant/witness/ or named party.

- [ ] Alternate service by handing copies of the above-described documents to the defendant's usual place of abode with a person of the family, or a person residing there, of the age of 13 years or older, and informing that Person of the contents thereof, and by mailing a copy of the summons in a sealed envelope with postage fully pre-paid, addressed to the defendant at his or her usual place of abode.

- [X] Service of a corporate defendant by leaving the above-described documents with the registered agent, officer or agent defendant corporation.

- [ ] Person not found

Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct:

Agent: Robert H. Oney, Jr. (129-289533)

|  | Date/Time | Mileage | Agent's Time |  |
|---|---|---|---|---|
| First service attempt: | 5/5 2:45pm |  |  | Total |
| 2nd attempt: |  |  |  | Miles: ___ |
| 3rd attempt: |  |  |  | Time: ___ |
| 4th attempt: |  |  |  | Fee: ___ |

1032 South Second Street  Springfield, IL  62704  (217) 528-5997