| | | FOR COURT USE ONLY |
|---|---|---|
| EDELMAN, COMBS, LATTURNER & GOODWIN LLC<br>120 S. LASALLE ST. 18TH FLOOR CHICAGO, IL 60603 | | |
| TELEPHONE NO.: (312) 739-4200    FAX NO. (Optional): (312) 419-0379<br>E-MAIL ADDRESS (Optional): | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , CA
BRANCH NAME:

PLAINTIFF(name each): **JAMES BLOUNT, INDIVIDUALLY AND ON BEHALF OF THE CLASS DEFINED HEREIN**
DEFENDANT(name each): **MIDLAND CREDIT MANAGEMENT, INC. ET AL.**

CASE NUMBER: 08CV2331

| **PROOF OF SERVICE** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:<br>21251 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

**SUMMONS; COMPLAINT; NOTIFICATION OF DOCKET ENRTY**

PARTY SERVED:    ENCORE CAPITAL GROUP, INC.
PERSON SERVED:    TANYA FLORES - AUTHORIZED TO ACCEPT
DATE & TIME OF DELIVERY:    05/09/2008
10:25 am
ADDRESS, CITY, AND STATE:    8875 AERO DR., 200
SAN DIEGO, CA 92123

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: 60.00
County: San Diego
Registration No.: 1097
Janney and Janney Attorney Service
4891 Pacific Hwy., Suite 102
San Diego, CA 92110
(619) 231-9811

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on May 12, 2008.

Signature: _Kenneth Robert Maskil, Jr._

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]    Order#: SD109907/GProof1