**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES BLOUNT, individually and on behalf of the class defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 2331 |
| v. | ) ) | Judge John W. Darrah |
| MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING NCC-2 CORP., and ENCORE CAPITAL GROUP, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION**

**TO:**  Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on **Thursday, May 29, 2008**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable John W. Darrah** or any judge sitting in his stead in **Room 1203**, of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the **Agreed Motion for Enlargement of Time to Respond to Plaintiff's Complaint**, a copy of which is attached hereto.

Dated:  May 23, 2008            **MIDLAND FUNDING NCC-2 CORP.,
                                MIDLAND CREDIT MANAGEMENT, INC.,
                                and ENCORE CAPITAL GROUP, INC.**

                                By:  s/ Theodore W. Seitz
                                Richard E. Gottlieb (rgottlieb@dykema.com)
                                Theodore W. Seitz (tseitz@dykema.com)
                                Kathleen E. Surowiec (ksurowiec@dykema.com)
                                DYKEMA GOSSETT PLLC
                                10 S. Wacker Drive, Suite 2300
                                Chicago, Illinois 60606
                                Phone: 312-876-1700
                                Fax:    312-627-2302

## CERTIFICATE OF SERVICE

I hereby certify that on **May 23, 2008,** I electronically filed the foregoing **Notice of Agreed Motion for Enlargement of Time to Respond to Plaintiff's Complaint** with the Clerk of the Court using the ECF system, which sent notification to the following:

> Daniel A. Edelman (courtecl@edcombs.com)
> Cathleen M. Combs (ccombs@edcombs.com)
> James O. Latturner (jlatturner@edcombs.com)
> Cassandra P. Miller (cmiller@edcombs.com)

> s/ Irina V. Frye

CHICAGO\2453256.1
ID\IVF

2