**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES BLOUNT, individually and on behalf of the class defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 2331 |
| v. | ) ) | Judge John W. Darrah |
| MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING NCC-2 CORP., and ENCORE CAPITAL GROUP, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

## <u>FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule LR3.2 of the Local General Rules, defendants, Midland Credit Management, Inc., Midland Funding NCC-2 Corporation, and Encore Capital Group, Inc., state as follows:

1. Midland Credit Management, Inc. is a wholly-owned subsidiary of Encore Capital Group, Inc., which is a publicly held corporation.

2. Midland Funding NCC-2 Corp. is a wholly-owned subsidiary of Encore Capital Group, Inc., which is a publicly held corporation.

3. Encore Capital Group, Inc. has no parent corporations.

Dated: May 23, 2008                              Respectfully submitted,

**MIDLAND FUNDING NCC-2 CORP.,
MIDLAND CREDIT MANAGEMENT, INC.,
and ENCORE CAPITAL GROUP, INC.**

By: <u>s/ Theodore W. Seitz</u>
Richard E. Gottlieb (rgottlieb@dykema.com)
Theodore W. Seitz (tseitz@dykema.com)
Kathleen E. Surowiec (ksurowiec@dykema.com)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: 312-876-1700
Fax:    312-627-2302

2

**CERTIFICATE OF SERVICE**

I hereby certify that on **May 23, 2008,** I electronically filed the foregoing **Federal Rule 7.1 and Local Rule 3.2 Disclosure Statement** with the Clerk of the Court using the ECF system, which sent notification to the following:

>Daniel A. Edelman (courtecl@edcombs.com)
>Cathleen M. Combs (ccombs@edcombs.com)
>James O. Latturner (jlatturner@edcombs.com)
>Cassandra P. Miller (cmiller@edcombs.com)

s/ Irina V. Frye

CHICAGO\2453254.1
ID\IVF