## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2331 | **DATE** | May 27, 2008 |
| **CASE TITLE** | Blount v. Midland Credit Mgt., Inc.; et al. | | |

**DOCKET ENTRY TEXT:**

Agreed Motion for Enlargement of Time to Respond to Plaintiff's Class Action Complaint [22], [23] is granted. Defendants' responsive pleading is to be filed on or before June 25, 2008. A status hearing is scheduled for June 26, 2008, at 9:00 a.m.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|