## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2331 | **DATE** | 8/27/2008 |
| **CASE TITLE** | James Blount vs. Midland Credit Mgmt. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Discovery ordered closed by 4/27/09. Case dispositive motions to be filed in open Court on 5/19/09 at 9:00 a.m. Pretrial conference set for 9/16/09 at 9:00 a.m. Jury trial set for 9/21/09 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|