## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2331 | DATE | 9/2/2008 |
| CASE TITLE | James Blount vs. Midland Credit Management, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Scheduling Order.

■ [ For further detail see separate order(s).]

| | Courtroom Deputy Initials: | MF |
|---|---|---|



FILED
2008 AUG 34, AM 5:35
U.S. DISTRICT COURT
CLERK