**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES BLOUNT, individually and on behalf of the class defined herein, | ) | |
| Plaintiff, | ) | 08 C 2331 |
| | ) | Judge Aspen |
| vs. | ) | Magistrate Judge Keys |
| MIDLAND CREDIT MANAGEMENT, INC.; MIDLAND FUNDING NCC-2 CORPORATION; and ENCORE CAPITAL GROUP, INC., | ) | |
| Defendants. | ) | |

**SCHEDULING ORDER**

This case has come before the Court, the parties having met as required by Fed. R. Civ. P 26(f) and engaged in a conference. The parties have proposed a scheduling order and have been given notice and opportunity to be heard. Therefore, the Court orders as follows:

(A) Defendants' shall respond to Plaintiff's Motion for Class Certification by November 19, 2008; Plaintiff shall file a reply by December 10, 2008.

(B) All discovery to be commenced in time to be completed by April 27, 2009.

(C) All potentially dispositive motions shall be filed, noticed, and presented at motion call for a briefing schedule on May 19, 2009.

(D) Pretrial conference set for September 16, 2009 at 1:30 p.m.

(E) Trial set for September 21, 2009 at 9:00 a.m.

(F) This order shall not be modified except by leave of court on motion for

good cause shown.

ENTER:

Judge

Dated: 9-2-08